

No. 11–0579/AR. U.S. v. Nathaniel J. Conquy. CCA 20100583. On consideration of Appellant's motion to withdraw the petition for grant of review without prejudice, it is ordered that said motion is hereby denied without prejudice to Appellant's right to file a motion to withdraw that complies with Rule 21(f), Rules of Practice and Procedure.

Thursday, July 21, 2011

No. 11–0143/AR. U.S. v. Aaron R. Stanley. CCA 20050703. On further consideration of the above–captioned case, in which the petition for review of the decision of the United States Army Court of Criminal Appeals was granted on March 31, 2011, it is further ordered that said petition is also hereby granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No additional briefs will be filed under Rule 25.